| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BERGER, ROBERT D. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT DISTRICT OF KANSAS | 3. Date of Report<br><br>11/02/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>125 ROBERT J. DOLE U.S. COURTHOUSE<br>500 STATE AVENUE<br>KANSAS CITY, KS 66101 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERGER, ROBERT D.** | 11/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2017 | Matthew Bender, Author fee (legal treatise) | $1,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. District Court Bar Registration, Disciplinary Fund | 02/01/2017-02/03/2017 | Kansas City, MO | Co-organizer, Non-FJC educational seminar | Lodging, presenter meal, mileage |
| 2. | Wichita Bar Association | 02/10/2017 | Wichita, KS | Presenter, Non-FJC bankruptcy education seminar | Mileage and Turnpike tolls |
| 3. | Kansas Bar Association | 04/07/2017 | Lawrence, KS | Presenter, Non-FJC bakruptcy and insolvency seminar | Mileage and Turnpike tolls |
| 4. | National Conference of Bankruptcy Judges | 10/07'2017-10/11/2017 | Las Vegas, NV | Partipant, Non-FJC bankruptcy educational seminar | Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 11/02/2018 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| **BERGER, ROBERT D.** | 11/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 11/02/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO/MONEY MARKET ACCOUNTS | A | Interest | J | T | | | | | |
| 2. CAPITOL FEDERAL | A | Interest | L | T | | | | | |
| 3. IRON COUNTY, MICHIGAN (LAND, ONE ACRE) | | None | J | W | | | | | |
| 4. PRO SHARES DOW - DOG | | None | J | T | | | | | |
| 5. PRO SHARES SHORT STP - SH | | None | J | T | | | | | |
| 6. PRO SHARES SHORT QQQ - PSQ | | None | J | T | | | | | |
| 7. SHORT RUSSELL 2000 - RWM | | None | J | T | | | | | |
| 8. SHORT MC 400 - MYY | | None | J | T | | | | | |
| 9. VANGUARD STAR MUTUAL FUND | A | Dividend | J | T | Buy | 04/15/17 | J | | |
| 10. OPPENHEIMER GOLD & SPL A OPGSX** (Y) | | | | | | | | | |
| 11. OPPENHEIMER DEVELOPING MARKETS A OADMX** (Y) | | | | | | | | | |
| 12. OPPENHEIMER EQUITY INCOME FUND A OAEIX** (Y) | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERGER, ROBERT D.** | 11/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ON OCCASION, OPTIONS (CALLS) MAY BE SOLD ON SOME OF THE SECURITIES LISTED (FOR 2017, NONE WERE SOLD.)

THE ASSETS LISTED ON LINES 10-12 ARE NO LONGER REPORTABLE AS THEY ARE OWNED BY A CHILD WHO IS NO LONGER A DEPENDENT.

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 11/02/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT D. BERGER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544